# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>ANOY LOPEZ-BLES,<br><br>　　　　　Defendant. | Case No. 2:18-cr-00010-RFB-CWH<br><br>**ORDER FOR PRODUCTION OF DOCUMENTS** |

Upon the motion of the defendant and there being good cause:

IT IS HEREBY ORDERED that the Las Vegas Metropolitan Police Department must produce to the Federal Public Defender's Office and the United States Attorney's Office in Las Vegas, Nevada, by August 13, 2018:

1) All bodycam and surveillance footage in Metro's possession from November 22, 2017, from 17:00–22:35 hours at or around the Chase Bank at 2514 S. Maryland Parkway, Las Vegas, Nevada, in Event Nos. 171122–2154 and 171122–3152 and any related events;

2) All bodycam and surveillance footage in Metro's possession from November 24, 2017, from 9:50–21:00 hours at the U.S. Bank located at 4320 E. Tropicana Ave, Las Vegas, Nevada, in Event Nos. 171124–1305 and any related events, including Event No. 171124–1855;

3) All bodycam from November 24, 2017, in Event No. 171124–1824 (jaywalking incident for Lopez-Bles);

4) Any and all records and reports, including but not limited to: arrest reports, declaration of arrest, evidence impounds, photographs, audio and video recordings, witness statements, Lopez-Bles's statements, officers' reports, supplemental reports, and other pertinent records related to the arrest of Anoy Lopez-Bles, ID# 1225280 on November 24, 2017, for Event Nos. 171124–1305;171124–1824;171122–2154; 171122–3152; and any related events;

5) Any and all CAD, Evidence Audit Trail report, MDT logs, Dispatch logs, Incident Recall Logs, communications records/audio files of radio transmissions, including base to car, car to base, car to car and telephone calls with time stamps, involving any LVMPD officers requesting Wants, Warrants, and motor vehicle information and all records checks on any LVMPD communications channel or MDT for Event # 171124–1305;171124–1824;171122–2154; 171122–3152; and any related events;

6) Any and all affidavits in support of search warrant for the cell phone impounded on November 22, 2017, in Event Nos. 171122–2154 and 171122–3152 and any and all forensic reports pertaining to the cell phone; and

7) Any and all forensic lab request or forensic lab reports in Event Nos. 171124–1305;171124–1824;171122–2154; and 171122–3152.

DATED this <u>30th</u> day of July, 2018

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE