# FILED UNDER SEAL

Prob12C
D/NV Form
Rev. March 2017

# United States District Court
# for
# the District of Nevada

## PETITION FOR SUMMONS/WARRANT
## FOR OFFENDER UNDER SUPERVISION

Name of Offender: **Anoy Lopez-Bles**

Case Number: **2:18CR00010**

Name of Sentencing Judicial Officer: **Honorable Richard F. Boulware**

Date of Original Sentence: **November 15, 2018**

Original Offense: **Bank Robbery**

Original Sentence: **24 Months prison, followed by 36 Months TSR.**

Date of Prior Revocation: **March 4, 2021**

Revocation Sentence: **Time Served, followed by 12 Months TSR**

Date Supervision Commenced: **September 12, 2019**

Name of Assigned Judicial Officer: **Honorable Richard F. Boulware**

## PETITIONING THE COURT

☒ To issue a warrant.

The probation officer believes the offender has violated the following condition(s) of supervision:

1. **Drug Testing – You must submit to substance abuse testing to determine if you have used a prohibited substance.** *Testing shall not exceed 104 tests per year.* **You must not attempt to obstruct or tamper with the testing methods.**

   Lopez-Bles failed to submit a specimen on the following dates:
   a) July 17, 2021
   b) August 28, 2021
   c) October 13, 2021
   d) November 15, 2021

RE: Anoy Lopez-Bles

Prob12C
D/NV Form
Rev. March 2017

Lopez-Bles failed to report for scheduled drug testing on the following dates:

e) July 20, 2021
f) August 17, 2021
g) December 2, 2021

2. **Substance Abuse Treatment – You must participate in an outpatient substance abuse treatment program until bedspace becomes available at the Westcare inpatient treatment program. You must follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). You must pay the costs of the program based upon your ability to pay.**

   Lopez-Bles failed to report for regularly scheduled treatment on the following dates:

   a) August 6, 2021
   b) November 24, 2021
   c) December 3, 2021

3. **Follow Instructions Of Probation Officer - You must follow the instructions of the probation officer related to the conditions of supervision.**

   - On August 26, 2021, the undersigned directed Lopez-Bles to address his Las Vegas Municipal Court traffic warrant. As of the date of this report, the traffic warrant remains outstanding.

4. **Must Report As Instructed - After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.**

   Lopez-Bles failed to submit monthly reports for the following months:

   a) April 2021
   b) May 2021
   c) June 2021
   d) July 2021
   e) August 2021
   f) September 2021
   g) October 2021
   h) November 2021

RE: Anoy Lopez-Bles

Prob12C
D/NV Form
Rev. March 2017

5. **Residential Reentry Center** – You must reside in a residential reentry center for a term of up to nine (9) months. You must follow the rules and regulations of the center. The subsistence is waived.

- On December 6, 2021, Lopez-Bles was kicked out of the Las Vegas Community Correctional Center (LVCCC) for violating several program rules. According to facility reports, Lopez-Bles returned to the facility in the afternoon and was observed on camera leaving a bottle of Vodka in the smoke area prior to his entry into the facility. A breathalyzer test was conducted on him resulting in a BrAC (Breath Alcohol Content) of .015.

- Later that same evening, Lopez-Bles was directed by staff members to submit to a drug test, which he refused. A short time later he was seen on camera throwing food against the wall. Lopez-Bles later admitted to the undersigned that he was so angry at the staff members that he lost control and threw his food against the wall.

**U.S. Probation Officer Recommendation:**

The term of supervision should be:

☒ Revoked

I declare under penalty of perjury that the information contained herein is true and correct,

Executed on **December 7, 2021**

Digitally signed by Cecil B McCarroll III
Date: 2021.12.07 16:25:05 -08'00'

Cecil B. McCarroll III
United States Probation Officer

Approved:

Digitally signed by Brian Blevins
Date: 2021.12.07 16:17:05 -08'00'

Brian Blevins
Supervisory United States Probation Officer

**RE: Anoy Lopez-Bles**

Prob12C
D/NV Form
Rev. March 2017

## *THE COURT ORDERS*

☐     No Action.
☐     The issuance of a warrant.
☑     The issuance of a summons.
☐     Other:

                                           _____
                                           RICHARD F. BOULWARE, II
                                           United States District Judge

                                           _December 29, 2021_____
                                           Date

Prob12C
D/NV Form
Rev. March 2017

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA
## UNITED STATES V. ANOY LOPEZ-BLES, 2:18CR00010

### SUMMARY IN SUPPORT OF PETITION FOR SUMMONS/WARRANT
### December 7, 2021

By way of case history, Lopez-Bles was sentenced to twenty-four (24) months custody followed by thirty-six (36) months supervised release for committing the offense of Bank Robbery. During his first term of supervised release, he violated his conditions of supervised release by committing a new crime, for not complying with drug testing, using controlled substances, and for failing to report police contact within seventy-two (72) hours. On January 21, 2021, the Court revoked his supervision giving him Time Served followed by eighteen (18) months supervised release.

On March 4, 2021, Lopez-Bles' supervision was revoked a second time; he was sentenced to a period Time Served, followed by twelve (12) months of supervised release. Since the beginning of his third time on supervised release, he completed his inpatient treatment program with Westcare in June 2021, and because he did not have anywhere to live, he has been residing at the Las Vegas Community Correctional Center (LVCCC).

As noted in the violation section above, Lopez-Bles has continued to demonstrate a pattern of non-compliance with not only the conditions of his supervised release, but also with the rules at the LVCCC. The undersigned, staff members at the LVCC, and his counselor have all worked tirelessly with Lopez-Bles in a combined effort to help him succeed at his third attempt at supervision without much success. His continued disregard for the rules culminated in his removal from the LVCC on December 6, 2021. Lastly, his influence of alcohol most assuredly exacerbated his behavior on the December 6, 2021.

It is believed that Lopez-Bles has been afforded an enumerable number of opportunities to comply with the conditions of his supervised release. Based upon the aforementioned, it is respectfully requested a warrant be issued for his arrest and that he appear before the Court for revocation proceedings. It is further recommended that he remain in custody pending his revocation hearing.

Respectfully submitted,

Digitally signed by
Cecil B McCarroll III
Date: 2021.12.07
16:25:40 -08'00'

Cecil B. McCarroll III
United States Probation Officer

RE: Anoy Lopez-Bles

Prob12C
D/NV Form
Rev. March 2017

Approved: _____  Digitally signed by Brian Blevins
Date: 2021.12.07 16:17:31 -08'00'

Brian Blevins
Supervisory United States Probation Officer